IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**CATERPILLAR INC.,**<br><br>    Defendant. | Civil Action No. 10-cv-3770<br><br>Judge Milton I. Shadur |

## STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)

Pursuant to the agreement reached at their recent conference held pursuant to Federal Rule of Civil Procedure 26(f), Plaintiffs Miller UK Ltd. and Miller International Ltd., and Defendant Caterpillar Inc., submit this stipulation extending until September 13, 2010, the time to make the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

Date:    August 3, 2010

/s/ with consent R. Mark Halligan

R. Mark Halligan (IL 6200723)
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606
(312) 425-3900 phone
(312) 425 3909 facsimile
rmhalligan@nixonpeabody.com

*Attorney for Plaintiffs Miller UK Ltd. and Miller International Ltd.*

*/s/* Gregory L. Baker
Robert G. Abrams (admitted *pro hac vice*)
Gregory L. Baker (NDIL 288357)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
 (202) 783-0800 phone
 (202) 383-6610 facsimile
AbramsR@howrey.com
BakerG@Howrey.com

Michael Padden
HOWREY LLP
3212 North Clark Street
Suite 3400
Chicago, Il 60654-4717
 (312) 595-1239 phone
 (312) 595-2250 facsimile
PaddenM@howrey.com

*Attorneys for Defendant Caterpillar Inc.*