**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division**

Miller UK Ltd., et al.
                        Plaintiff,

v.                                            Case No.: 1:10−cv−03770
                                            Honorable Milton I. Shadur

Caterpillar, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 19, 2010:

      MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 8/19/2010. Plaintiffs' has to and including 10/15/10 in which to answer or otherwise plead to the Counterclaim. Status hearing set for 11/5/2010 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.