```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3       MILLER UK LTD.,                )   No. 10 C 3770
                                        )
 4                      Plaintiff,      )   Chicago, Illinois
                                        )   August 19, 2010
 5                                      )   9:00 o'clock a.m.
         -vs-                           )
 6                                      )
                                        )
 7       CATERPILLER, INC.,             )
                                        )
 8                      Defendant.      )

 9
                   TRANSCRIPT OF PROCEEDINGS - STATUS
10               BEFORE THE HONORABLE MILTON I. SHADUR

11       APPEARANCES:

12       For the Plaintiff:       NIXON PEABODY LLP
                                   401 Ninth Street, N.W.
13                                 Suite 900
                                   Washington, D.C. 20004
14                                 BY:  MR. ROBERT M. HALLIGAN

15       For the Defendant:       HOWREY LLP
                                   321 North Clark Street
16                                 Suite 3400
                                   Chicago, Illinois 60654
17                                 BY:  MR. ROBERT G. ABRAMS

18

19

20

21

22

23       Court Reporter:          ROSEMARY SCARPELLI
                                   219 South Dearborn Street
24                                 Room 1412
                                   Chicago, Illinois  60604
25                                 (312) 435-5815
```

1          THE CLERK:  10 C 3770, Miller versus Caterpillar.

2          MR. ABRAMS:  Good morning, your Honor, Bob Abrams

3    from Howrey & Simon on behalf of defendant Caterpillar.

4          MR. HALLIGAN:  Good morning, your Honor, Mark

5    Halligan on behalf of Miller UK Limited.

6          THE COURT:  I saw that Caterpillar had recently

7    advanced a counterclaim.  So when -- when is the response on

8    that?

9          MR. HALLIGAN:  Yesterday we reached a stipulation,

10   which I filed, your Honor, giving us until October 15 to move

11   or otherwise plead to the counterclaims and would ask the

12   Court to grant that.

13         THE COURT:  What date?

14         MR. HALLIGAN:  October 15th.

15         THE COURT:  Well, you know, you see, typically I --

16   although I know that most people treat that like an entry in

17   a horse race, 1 and 1A, I don't think of it that way.  A

18   motion doesn't require investigation.  A response, an answer

19   does.  And, therefore, if there is a serious question about

20   whether it states a claim --

21         MR. HALLIGAN:  Yes.

22         THE COURT:  -- I would hope that you don't have to

23   wait until October 15th to do that.  Do you see what I am

24   saying?

25         MR. HALLIGAN:  Yes, I understand.

1           THE COURT:  In other words, I would think that we

2    have kind of a severed situation, and it is really up to

3    you --

4           MR. HALLIGAN:  Yes.

5           THE COURT:  -- as to which direction you want to

6    go.  So if that is the case, I am happy with the stipulation

7    as to an answer, if that is what it is going to be, the

8    October 15th.  If you are going to file a motion, how much

9    time would you need for that?

10          MR. HALLIGAN:  Well, the only reason we requested

11   so much time, your Honor, was because of vacation schedules

12   and another trial in September.

13          THE COURT:  Ah, okay.  Then I don't have a problem.

14          MR. HALLIGAN:  Yeah.

15          THE COURT:  Just a minute.  Let me make a note.

16          So I will grant that per your stipulation.  That is

17   October 15.

18          Now, in the meantime what are you doing about --

19   you know, this is the initial -- no, it is not, just after

20   initially scheduled status date, but I have had pleadings,

21   you know, from both sides.  What are you doing in terms of

22   the discovery, the advanced disclosures and things of that

23   nature?

24          MR. ABRAMS:  We --

25          MR. HALLIGAN:  Go ahead.

1  ┃      MR. ABRAMS:  We have agreed, your Honor, by

2  ┃  stipulation, which I believe is also filed, to -- to exchange

3  ┃  initial disclosures on September 13th.

4  ┃      THE COURT:  Just a minute.

5  ┃      All right.  I am happy that you are doing it that

6  ┃  way, but I will tell you, I -- I cheerfully violate Rule 16

7  ┃  all the time because when you set a schedule up front, I

8  ┃  never saw one yet that didn't get vacated.

9  ┃      MR. ABRAMS:  Right.

10 ┃      THE COURT:  And I don't know what the drafters had

11 ┃  in mind.  So what I am going to do instead is to let you work

12 ┃  as you have been, which is fine, and set an appropriate

13 ┃  status date so we find out how far down the road we have

14 ┃  traveled.  Okay?

15 ┃      MR. ABRAMS:  Sure.

16 ┃      THE COURT:  So it sounds to me as though it

17 ┃  probably makes the most sense to set a status not -- no later

18 ┃  than a couple of weeks after the responsive pleading to the

19 ┃  -- to the counterclaim, which would put it maybe at the --

20 ┃  early in November for next status.  Does that seem to make

21 ┃  sense?

22 ┃      MR. ABRAMS:  Yes, your Honor.

23 ┃      MR. HALLIGAN:  Yes, your Honor.

24 ┃      THE COURT:  Okay.  November -- first week in

25 ┃  November is November 1st through the 5th.  And you can take

1    your choice, any day.

2            MR. ABRAMS:  I am sorry, your Honor, just trying to

3    find a calendar here.

4            THE COURT:  Sure.

5            MR. ABRAMS:  Any day of the first week other than

6    the 1st or 2nd.

7            THE COURT:  Okay.  So the 3rd, 4th or 5th, that is

8    Wednesday through Friday.

9            MR. HALLIGAN:  I think, your Honor, you can set it

10   any of those days that weak.

11           THE COURT:  Should I gave you Friday, the 5th?

12           MR. HALLIGAN:  I can check my calendar, but I have

13   -- you know, I have other lawyers on the case that could

14   appear in my --

15           THE COURT:  All right.  I will give you Friday, the

16   5th of November, at 9:00 o'clock.

17           Thank you all.

18           MR. ABRAMS:  Thank you, your Honor.

19           MR. HALLIGAN:  Thank you, your Honor.

20       (Which were all the proceedings heard.)

21                          CERTIFICATE

22       I certify that the foregoing is a correct transcript

23   from the record of proceedings in the above-entitled matter.

24

25   s/Rosemary Scarpelli/          Date:  August 19, 2010