**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-cv-3770 |
| **CATERPILLAR, INC.,** | ) ) | Judge Milton I. Shadur |
| Defendant | ) ) ) | |
| **CATERPILLAR INC.,** | ) ) | |
| Counterclaim – Plaintiff. | ) ) | |
| v. | ) ) | |
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | ) ) ) | |
| Counterclaim – Defendants. | ) | |

**PLAINTIFFS/COUNTER-DEFENDANTS MILLER UK LTD.'S AND MILLER INTERNATIONAL LTD.'S MOTION TO DISMISS COUNT 2 IN DEFENDANT/COUNTER-PLAINTIFF CATERPILLAR INC.'S COUNTERCLAIM**

Plaintiffs/Counter-Defendants, Miller UK Ltd. and Miller International Ltd. (collectively "Miller"), by its attorneys, hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Count 2 in Defendant/Counter-Plaintiff Caterpillar Inc.'s ("Caterpillar") Counterclaim Against Miller (hereinafter, the "Caterpillar Counterclaim") for the reasons outlined in the contemporaneously submitted Memorandum of Law in Support of Miller's Motion to

1

Dismiss, and respectfully requests that this Court dismiss Count 2 in the Caterpillar Counterclaim with prejudice.

\* \* \*

Dated: October 15, 2010　　　　　　　　　　　Respectfully submitted,

**Miller UK Ltd. and Miller International Ltd.**

By:　  /s/ Jason S. Kray

R. Mark Halligan
Deanna R. Swits
Jodi Rosen Wine
Jason S. Kray
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606

Robert A. Weikert
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

## CERTIFICATE OF SERVICE

The undersigned certifies that **PLAINTIFFS/COUNTER-DEFENDANTS MILLER UK LTD.'S AND MILLER INTERNATIONAL LTD.'S MOTION TO DISMISS COUNT 2 IN DEFENDANT/COUNTER-PLAINTIFF CATERPILLAR INC.'S COUNTERCLAIM** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Robert G. Abrams, Esq.
Gregory L. Baker, Esq.
Michael P. Padden, Esq.
Mark A. Klapow, Esq.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
(202) 783-0800 phone
(202) 383-6610 facsimile
*Attorneys for Defendant and*
*Counter-Plaintiff Caterpillar Inc.*

 /s/ Jason S. Kray
*An Attorney for Plaintiffs/Counter-*
*Defendants Miller UK Ltd. and Miller*
*International Ltd.*