IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-cv-3770 |
| **CATERPILLAR, INC.,** | ) ) | Judge Milton I. Shadur |
| Defendant | ) ) ) | |
| **CATERPILLAR INC.,** | ) ) ) | |
| Counterclaim – Plaintiff. | ) ) | |
| v. | ) ) | |
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | ) ) ) | |
| Counterclaim – Defendants. | ) | |

**NOTICE OF
PLAINTIFFS/COUNTER-DEFENDANTS MILLER UK LTD.'S AND
MILLER INTERNATIONAL LTD.'S MEMORANDUM OF LAW IN SUPPORT
OF MOTION TO DISMISS COUNT 2 IN DEFENDANT/COUNTER-PLAINTIFF
CATERPILLAR INC.'S COUNTERCLAIM**

PLEASE TAKE NOTICE THAT on October 28, 2010, at 9:30 a.m., Plaintiffs/Counter-Defendants Miller UK Ltd. and Miller International Ltd. (collectively "Miller"), by and through its undersigned counsel, will appear before the Honorable Judge Milton I. Shadur in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, Room 2303, and present PLAINTIFFS/COUNTER-DEFENDANTS MILLER UK LTD.'S AND MILLER INTERNATIONAL LTD.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO

13154651.2

DISMISS COUNT 2 IN DEFENDANT/COUNTER-PLAINTIFF CATERPILLAR INC.'S COUNTERCLAIM, a copy of which is hereby served on you.

Dated: October 15, 2010                        Respectfully submitted,

                                             **Miller UK Ltd. and Miller International Ltd.**

                     By:      /s/ Jason S. Kray

                                  R. Mark Halligan
                                  Deanna R. Swits
                                  Jodi Rosen Wine
                                  Jason S. Kray
                                  NIXON PEABODY LLP
                                  300 South Riverside Plaza, 16th Floor
                                  Chicago, IL 60606

                                  Robert A. Weikert
                                  NIXON PEABODY LLP
                                  One Embarcadero Center, 18th Floor
                                  San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

The undersigned certifies that **NOTICE OF PLAINTIFFS/COUNTER-DEFENDANTS MILLER UK LTD.'S AND MILLER INTERNATIONAL LTD.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COUNT 2 IN DEFENDANT/COUNTER-PLAINTIFF CATERPILLAR INC.'S COUNTERCLAIM** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

>Robert G. Abrams, Esq.
>Gregory L. Baker, Esq.
>Michael P. Padden, Esq.
>Mark A. Klapow, Esq.
>HOWREY LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2402
>(202) 783-0800 phone
>(202) 383-6610 facsimile
>*Attorneys for Defendant and*
>*Counter-Plaintiff Caterpillar Inc.*

>/s/ Jason S. Kray
>*An Attorney for Plaintiffs/Counter-Defendants Miller UK Ltd. and Miller International Ltd.*

13154651.2