**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | |
| Plaintiffs, | Civil Action No. 10-cv-3770 |
| v. | Judge Milton I. Shadur |
| **CATERPILLAR INC.,** | |
| Defendant. | |
| **CATERPILLAR INC.,** | |
| Counterclaim-Plaintiff, | |
| v. | |
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | |
| Counterclaim-Defendants. | |

**CATERPILLAR'S MOTION TO COMPEL RULE 26(a) INITIAL DISCLOSURES**

For the reasons stated in its accompanying Memorandum of Law filed this date, Defendant Caterpillar Inc. ("Caterpillar") respectfully moves this Court for an Order compelling Miller UK Ltd. and Miller International Ltd. to each make initial disclosures that comply with Rule 26(a), including a statement and computation of each category of damages without limitation, and to produce related documents, within ten days.

Date:  October 26, 2010

Respectfully submitted,

*/s/* Mark A. Klapow
Robert G. Abrams (admitted *pro hac vice*)
Gregory L. Baker (NDIL 288357)
Mark A. Klapow (NDIL 474646)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
(202) 783-0800 phone
(202) 383-6610 facsimile
AbramsR@howrey.com
BakerG@Howrey.com
KlapowM@howrey.com

Michael Padden
HOWREY LLP
3212 North Clark Street
Suite 3400
Chicago, Il 60654-4717
(312) 595-1239 phone
(312) 595-2250 facsimile
PaddenM@howrey.com

*Attorneys for Defendant and Counterclaim-Plaintiff Caterpillar Inc*.

**CERTIFICATE OF SERVICE**

I, John Stapleton, hereby certify that on October 26, 2010 I electronically filed the foregoing CATERPILLAR'S MOTION TO COMPEL RULE 26(a) INITIAL DISCLOSURES to be served upon the following, with the Clerk of the Court using the CM/ECF system will send notification of such filing to the following:

        R. Mark Halligan
        Deanna R. Swits
        Jodi Rosen Wine
        Jason S. Kray
        NIXON PEABODY LLP
        300 South Riverside Plaza,
        16th Floor
        Chicago, IL 60606

        Robert A Weikert
        NIXON PEABODY LLP
        One Embarcadero Center,
        18th Floor
        San Francisco, CA94111

        */s/* John Stapleton
            John Stapleton