**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Miller UK Ltd., et al.
                      Plaintiff,

v.                                            Case No.: 1:10−cv−03770
                                                    Honorable Milton I. Shadur

Caterpillar, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 28, 2010:

      MINUTE entry before Honorable Milton I. Shadur:Motion to compel [30] is granted with compliance by 11/29/10. Motion to dismiss count 2 of the counterclaim[27] is granted. Defendant's Answer is hereby stricken with leave to file an Amended Answer. No charge is to be made to the client in the preparation of the Amended Answer. Motion hearing held on 10/28/2010. The November 5 status date is vacated. Status hearing set for 1/27/2011 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.