# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No.  10-cv-3770** |
| **CATERPILLAR INC.,** | |
| **Defendant.** | |
| | **Judge Milton I.  Shadur** |
| **CATERPILLAR INC.,** | |
| **Counterclaim – Plaintiff,** | |
| **v.** | |
| **MILLER UK LTD.  AND MILLER INTERNATIONAL LTD.,** | |
| **Counterclaim – Defendants.** | |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM

Plaintiffs Miller UK Ltd. and Miller International Ltd. ("Miller"), through their attorneys,

hereby move for an extension of time to respond to Defendant Caterpillar, Inc.'s ("Caterpillar")

Counterclaim.   For the reasons outlined herein, Miller respectfully requests that this Court extend the

time for Miller to respond to the remaining counterclaim to fourteen (14) days from the date that

Caterpillar's amended Answer is filed.  Caterpillar's counsel has indicated that Caterpillar does not

oppose this motion.

1.      Miller filed this action for breach of contract (Count 1), misappropriation of trade secrets (Count 2), fraudulent inducement (Count 3), and unjust enrichment (Count 4) (Complaint, ¶¶ 64-89 at pp. 17-21).

2.      Caterpillar answered the Complaint and asserted a two-count Counterclaim against Miller for breach of contract (Counterclaim Count 1), and for a "declaratory judgment" that Miller is not entitled to judgment in its favor on the causes of action set forth in Miller's Complaint (Counterclaim Count 2).

3.      On October 15, 2010, Miller filed a motion to dismiss Count 2 of Caterpillar's Counterclaim

4.      On October 28, 2010, this Court granted Miller's motion to dismiss Count 2 of the Counterclaim.  In addition, the Court ordered Caterpillar to file an amended Answer to address various deficiencies in the Answer.

5.      Pursuant to Fed. R. Civ. Proc. 12(a)(4), Miller has fourteen days from October 28, 2010 – the date the Court granted the motion to dismiss – to respond to the remaining count of the Counterclaim.  *Id.*

6.      Because Caterpillar will be filing an amended answer, however, Miller requests that it be granted additional time to respond to the remaining count of the Counterclaim, in order to allow it to review and digest Caterpillar's amended Answer and to consider that amendment before responding to the remaining counterclaim.

7.      Caterpillar's counsel has indicated that Caterpillar will not oppose this motion seeking a extension of time to respond to the Counterclaim of fourteen (14) days from the date Caterpillar files its amended Answer.

8.      The proposed extension will not result in prejudice to Caterpillar and will not unduly delay the proceedings in this case.

Wherefore, Miller respectfully requests that the Court grant its unopposed request for an extension of time to respond to Count 1 of the Counterclaim.  Miller requests a new response deadline of fourteen (14) days from the date that Caterpillar files its amended Answer.


Dated: November 8, 2010                                  Respectfully submitted,

                                                         **Miller UK Ltd. and Miller International Ltd.**

                                              By:      /s/  Jodi Rosen Wine

                                                       R. Mark Halligan
                                                       Deanna R. Swits
                                                       Jodi Rosen Wine
                                                       Jason S. Kray
                                                       NIXON PEABODY LLP
                                                       300 South Riverside Plaza, 16th Floor
                                                       Chicago, IL 60606

                                                       Robert A. Weikert
                                                       Joshua M. Henderson
                                                       NIXON PEABODY LLP
                                                       One Embarcadero Center, 18th Floor
                                                       San Francisco, CA 94111

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Robert G. Abrams
AbramsR@howrey.com
Gregory L. Baker
BakerG@howrey.com
Mark A. Klapow
KlapowM@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
(202) 783-0800 phone
(202) 383-6610 facsimile

Michael P. Padden
PaddenM@howrey.com
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60654
(312) 595-1149 phone
(312) 595-2250 facsimile

*Attorneys for Defendant/Counter-Plaintiff Caterpillar Inc.*

/s/ Jodi Rosen Wine
*An Attorney for Plaintiffs/Counter-Defendants Miller UK Ltd. and Miller International Ltd.*