**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**CATERPILLAR INC.,**<br><br>  Defendant.<br><br>**CATERPILLAR INC.,**<br><br>  Counterclaim – Plaintiff,<br><br>  v.<br><br>**MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>  Counterclaim – Defendants. | Civil Action No. 10-cv-3770<br><br><br><br>Judge Milton I. Shadur |

**NOTICE OF
PLAINTIFFS' UNOPPOSED MOTION FOR
<u>EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM</u>**

  PLEASE TAKE NOTICE THAT on November 12th, 2010, at 9:15 a.m., Plaintiffs/Counter-Defendants Miller UK Ltd. and Miller International Ltd. (collectively "Miller"), by and through its undersigned counsel, will appear before the Honorable Judge Milton I. Shadur in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, Room 2303, and present PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM, a copy of which is hereby served on you.

- 2 -

Dated: November 8, 2010                                Respectfully submitted,

                                                        **Miller UK Ltd. and Miller International Ltd.**

                                    By:    /s/   Jodi Rosen Wine

                                             R. Mark Halligan
                                             Deanna R. Swits
                                             Jodi Rosen Wine
                                             Jason S. Kray
                                             NIXON PEABODY LLP
                                             300 South Riverside Plaza, 16th Floor
                                             Chicago, IL 60606

                                             Robert A. Weikert
                                             Joshua M. Henderson
                                             NIXON PEABODY LLP
                                             One Embarcadero Center, 18th Floor
                                             San Francisco, CA 94111

## **CERTIFICATE OF SERVICE**

The undersigned certifies that NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

>Robert G. Abrams
>AbramsR@howrey.com
>Gregory L. Baker
>BakerG@howrey.com
>Mark A. Klapow
>KlapowM@howrey.com
>HOWREY LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2402
>(202) 783-0800 phone
>(202) 383-6610 facsimile
>
>Michael P. Padden
>PaddenM@howrey.com
>HOWREY LLP
>321 N. Clark Street, Suite 3400
>Chicago, IL 60654
>(312) 595-1149 phone
>(312) 595-2250 facsimile
>
>*Attorneys for Defendant/Counter-Plaintiff Caterpillar Inc.*

>/s/ Jodi Rosen Wine
>*An Attorney for Plaintiffs/Counter-Defendants Miller UK Ltd. and Miller International Ltd.*