IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CATERPILLAR INC.,<br><br>    Defendant.<br><br>CATERPILLAR INC.,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,<br><br>    Counterclaim-Defendants. | Civil Action No. 10-cv-3770<br><br>Judge Milton I. Shadur |

## JOINT MOTION FOR A PROTECTIVE ORDER

For the reasons stated in their accompanying Joint Memorandum of Law filed this date, Plaintiffs Miller UK Ltd. and Miller International Ltd. and Defendant Caterpillar Inc. respectfully move this Court to resolve the dispute between the parties and enter one of the proposed Protective Orders, copies of which are attached as Exhibits A and B to the parties' Joint Memorandum of Law, and submitted separately in accordance with the procedures of this Court.

Dated: January 25, 2011   Respectfully submitted,

**Miller UK Ltd. and Miller International Ltd.**

By: /s/Jodi Rosen Wine

R. Mark Halligan
Deanna R. Swits
Jodi Rosen Wine
Jason S. Kray
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606

Robert A. Weikert
John A. Chatowski
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

**Caterpillar Inc.**

By: /s/Mark A. Klapow

Robert G. Abrams
Gregory L. Baker
Mark A. Klapow
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

Michael P. Padden
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60654
(312) 595-1149 phone
(312) 595-2250 facsimile