IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MILLER UK LTD. AND MILLER INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-cv-3770 |
| CATERPILLAR, INC., | ) ) | Magistrate Judge Jeffrey N. Cole |
| Defendant | ) ) | |
| CATERPILLAR INC., | ) ) ) | |
| Counterclaim – Plaintiff. | ) ) | |
| v. | ) ) | |
| MILLER UK LTD. AND MILLER INTERNATIONAL LTD., | ) ) ) | |
| Counterclaim – Defendants. | ) | |

**ORDER**

Plaintiffs' Motion to Compel [Docket No. 111] is granted to the following extent:

1. All engineering files related to the development of Caterpillar's Center-Lock Coupler in native Pro/ENGINEER format (with extensions containing .asm or .prt) that are contained in Caterpillar's Teamcenter model repository shall be made available to no more than three (3) designated representatives of Plaintiffs at Caterpillar's Peterlee facility in the UK. Beginning no later than September 26, 2011, Caterpillar shall provide a computer to Miller's representatives to view and examine the Pro/ENGINEER files at the Peterlee facility at any time between the hours of 9 a.m. – 6 p.m. local time, at Miller's choosing. Miller's representatives may bring a computer containing Miller's own files into the examination room, but may not copy

1

or take the materials provided by Caterpillar with them when they leave, except that Miller's representatives will be allowed to prepare and leave the facility with notes concerning their review and examination.

2. Plaintiffs' representatives shall not disclose to anyone other than their counsel at Nixon Peabody, Caterpillar's counsel, retained experts or the Court, what they saw during their examination at the Peterlee facility, or their conclusions as a result of that examination, *without further order of court*.

3. The Court envisions the above inspection as a preliminary step; the parties will report back to the Court on October 7 at 9 a.m., and the Court shall determine what further production related to the Center-Lock Coupler is warranted, if any.

4. This Order is designed to deal with Plaintiffs' inspection of files in a specific repository containing specific file extensions and should not be construed as a limitation on Caterpillar's obligation to produce the materials that are responsive to Plaintiffs' prior request for the production of those engineering files that are ~~necessary~~ *relevant* in to trace the development of Caterpillar's Center-Lock Coupler and recessed pin buckets.

Entered Sept 20, 2011

ENTER:

Jeffrey N. Cole
United States District Judge

2

13614314.1