IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLER UK LTD. AND MILLER INTERNATIONAL LTD., <br><br> Plaintiffs <br><br> v. <br><br> CATERPILLAR INC., <br><br> Defendant. <br><br> CATERPILLAR INC., <br><br> Counterclaim–Plaintiff, <br><br> v. <br><br> MILLER UK LTD. AND MILLER INTERNATIONAL LTD., <br><br> Counterclaim–Defendants. | Civil Action No. 10-cv-3770 <br><br> Honorable Milton I. Shadur <br> Honorable Magistrate Judge Jeffrey Cole |

### AGREED ORDER

By agreement of the parties, Defendant Counter-claim Plaintiff Caterpillar Inc. ("Caterpillar") hereby withdraws Part D of its Motion to Compel the Production of Electronically Stored Documents (Docket No. 127), which concerns Search Term No. 53. (*See* Docket No. 127-1, subsection D, at pages 7-8.) This withdrawal is without prejudice.

Entered: October 12, 2011.

_____
Honorable Jeffrey Cole
United States Magistrate Judge

Dated: October 11, 2011

/s/ Gregory L. Baker
Robert G. Abrams (admitted *pro hac vice*)
Gregory L. Baker (NDIL 288357)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036-5304
(202) 861-1500 phone
(202) 861-1783 facsimile
rabrams@bakerlaw.com
gbaker@bakerlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Caterpillar Inc.*

/s/ Jodi Rosen Wine
R. Mark Halligan (IL 6200723)
Jodi Rosen Wine (IL 6209883)
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606
(312) 425-3900 phone
(312) 425-3909 facsimile
rmhalligan@nixonpeabody.com
jwine@nixonpeabody.com

*Attorneys for Plaintiffs Miller UK Ltd. and Miller International Ltd.*