## UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Miller UK Ltd., et al.
                              Plaintiff,

v.                                                     Case No.: 1:10−cv−03770
                                                                   Honorable Milton I. Shadur

Caterpillar, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 14, 2011:

      MINUTE entry before Honorable Jeffrey Cole: Defendant's Motion to Compel Production of Electronically Stored Documents #[127] is granted in part and denied in part and Defendant's Motion to Compel the Production of Documents #[125] is granted in part and denied in part as discussed in court. The parties are to submit an agreed draft order setting forth the particulars of the ruling. Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.