**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>       **Plaintiffs**<br><br>   v.<br><br>**CATERPILLAR INC.,**<br><br>       **Defendant.** | Civil Action No. 10-cv-3770<br><br>Honorable Milton I. Shadur<br>Honorable Magistrate Judge Jeffrey Cole |
| **CATERPILLAR INC.,**<br><br>       **Counterclaim–Plaintiff,**<br><br>   v.<br><br>**MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>       **Counterclaim–Defendants.** | |

## JOINT AGREED ORDER

At the status hearing on October 14, 2011, the Court entered and continued for further briefing Plaintiffs' Motion for Protective Order Regarding Subpoena Duces Tecum to Third Party, John Walker (Dkt. 121). The Court agreed to extend the briefing schedule to allow the parties to meet and discuss this issue and other outstanding discovery issues. On November 11, 2011, the parties met and made substantial progress on some of these discovery issues. The parties have scheduled a call for November 18, 2011, to discuss the remaining issues. Accordingly, the parties request that the Court further modify the briefing schedule to allow discussions to continue. Pursuant to the parties' agreement, this Court hereby modifies the briefing schedule as follows:

- Plaintiffs' Supplemental Submission In Further Support Of Their Motion For Protective Order Regarding Subpoena Duces Tecum to Third Party, John Walker shall be filed by December 7, 2011.

- Defendant Caterpillar Inc.'s response shall be filed by December 21, 2011.

- Plaintiffs' reply, if any, shall be filed by January 5, 2012.

The hearing on this motion, previously scheduled for December 9, 2011, is cancelled. If a hearing is needed, it will be rescheduled for a time that is convenient for the Court.

Entered: November 30, 2011

_____
Honorable Jeffrey Cole
United States Magistrate Judge