IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,<br><br>Plaintiffs<br><br>v.<br><br>CATERPILLAR INC.,<br><br>Defendant.<br><br>CATERPILLAR INC.,<br><br>Counterclaim–Plaintiff,<br><br>v.<br><br>MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,<br><br>Counterclaim–Defendants. | Civil Action No. 10-cv-3770<br><br>Honorable Milton I. Shadur<br>Honorable Magistrate Judge Jeffrey Cole |

### [Proposed] JOINT AGREED ORDER

On October 14, 2011, Defendant and Counterclaim-Plaintiff Caterpillar Inc. ("Caterpillar") presented its Motion to Compel Documents ("Motion"; Docket No. 125). Caterpillar's Motion sought the production of documents responsive to two document requests: Caterpillar's Second Set of Requests, No. 12 and Caterpillar's Fourth Set of Requests, No. 9. As described more fully below, Caterpillar's Motion is granted in part, and rendered moot in part.

*Caterpillar's Second Set of Requests, No. 12*

Based on the Plaintiffs' representations in Court that they will produce specified documents in response to Request No. 12, Caterpillar's motion with respect to Request No. 12 is terminated as moot.

***Caterpillar's Fourth Set of Requests, No. 9***

Request No. 9 seeks "All documents that constitute or refer or relate to contracts or communications between Miller and Laidler." With respect to this Request, Caterpillar's Motion is granted. Plaintiffs shall produce, within a reasonable amount of time, all responsive documents from 2005 to the present.

Entered: Jan 12, 2012.

Honorable Jeffrey Cole
United States Magistrate Judge