**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | |
| Plaintiffs, | **Civil Action No. 10-cv-3770** |
| v. | **Judge Milton I. Shadur** |
| **CATERPILLAR INC.,** | |
| Defendant. | |
| **CATERPILLAR INC.,** | |
| Counterclaim-Plaintiff, | |
| v. | |
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,** | |
| Counterclaim-Defendants. | |

**MOTION OF CATERPILLAR INC. FOR PARTIAL SUMMARY JUDGMENT ON
COUNT 3 AND FOR SUMMARY JUDGMENT ON COUNT 4
<u>OF PLAINTIFFS' AMENDED AND SUPPLEMENTAL COMPLAINT</u>**

For the reasons stated in its accompanying Memorandum of Law and pursuant to Rule 56 of the Federal Rules of Civil Procedure, Caterpillar Inc. respectfully moves this Court for an order granting partial summary judgment on Count 3 (regarding buckets) and summary judgment on Count 4 of the Amended and Supplemental Complaint of Miller UK Ltd. and Miller International Ltd. (ECF No. 56).

Date:  January 31, 2012                                     Respectfully submitted,

*/s/* Gregory L. Baker
Robert G. Abrams (admitted *pro hac vice*)
Gregory L. Baker (NDIL 288357)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036-5304
(202) 861-1500 phone
(202) 861-1783 facsimile
rabrams@bakerlaw.com
gbaker@bakerlaw.com


John M. Touhy (NDIL 3128400)
Edward H. Williams (NDIL 6217053)
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, Il 60606-1901
(312) 416-6200 phone
(312) 416-6201 facsimile
jtouhy@ bakerlaw.com
ehwilliams@bakerlaw.com


*Attorneys for Defendant and*
*Counterclaim-Plaintiff Caterpillar Inc*.

## CERTIFICATE OF SERVICE

I, John Stapleton, hereby certify that on January 31, 2012, the foregoing **MOTION OF CATERPILLAR INC. FOR PARTIAL SUMMARY JUDGMENT ON COUNT 3 AND FOR SUMMARY JUDGMENT ON COUNT 4 OF PLAINTIFFS' AMENDED AND SUPPLEMENTAL COMPLAINT** was filed with the Clerk of the Court and served by operation of the electronic filing system of the United States District Court for the Northern District of Illinois upon the following counsel who have consented to receive notice of filings in the above-captioned matter pursuant to Fed. R. Civ. P. 5(b)(2)(D), the General Order on Electronic Case Filing, and Local Rule 5.9:

>Reed S. Oslan
>roslan@kirkland.com
>Justin A. Barker
>jbarker@kirkland.com
>William E. Arnault
>warnault@kirkland.com
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, IL  60654


*/s/* John Stapleton
John Stapleton