# Exhibit L

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

February 13, 2013

Bridget S. Merritt
direct dial: 202.861.1574
bmerritt@bakerlaw.com

**VIA EMAIL**

William E. Arnault
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654

Re:   *Miller UK et al v. Caterpillar Inc.*, No. 10-cv-3770 (N.D. Ill.)

Dear Bill:

In your letters and emails regarding Plaintiffs' funding documents, including your most recent letter of February 1, 2013, Plaintiffs agreed to provide Caterpillar with:

- A privilege log for each document that your clients have withheld or produced in redacted form on the grounds of attorney-client privilege, the work-product doctrine, and/or the common interest doctrine (2/1/13 Arnault ltr to Merritt.);

- A copy of the confidentiality agreement that your clients executed with Calunius Capital LLC (1/16/13 Arnault email to Merritt; 1/25/13 Arnault ltr to Merritt.);

- The following information about each purported "oral agreement of confidentiality":
  - the identity of the parties to each agreement;
  - the specific provisions of each agreement;
  - the date the agreement was reached;
  - the duration of any such agreement; and
  - the factual basis for the unsupported legal conclusion in Keith Miller's January 14, 2013 declaration that the parties to each agreement shared a "common legal interest,
  
  (1/30/13 Merritt ltr to Arnault; 2/1/13 Arnault ltr to Merritt.)

When can Caterpillar expect to receive these items?

Caterpillar has already stated its views on relevance issues in considerable detail, but may be in a position to supplement its stated views after we are provided with the foregoing materials.

**VIA EMAIL**

William E. Arnault
February 13, 2013
Page 2

      In accordance with Paragraph 29 of the January 28, 2011 Protective Order, Caterpillar objects to Plaintiffs' ATTORNEYS' EYES ONLY designation of the confidentiality agreement and nondisclosure agreements marked as MILLER 0964509-15, which Plaintiffs' produced on February 1, 2013. None of the material in these documents is worthy of the ATTORNEYS' EYES ONLY designation because the documents do not contain any strategic information, constitute Board of Director Minutes, or reflect pricing or financial information relating to current or yet-to-be-released products. (*See* 1/12/12 Supp. Protective Order at ¶ 6.) Please advise us within 10 days of the date of this letter whether you intend to withdraw or redesignate the ATTORNEYS' EYES ONLY markings on MILLER 0964509-15.

                                            Sincerely,

                                            Bridget S. Merritt