**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>      **Plaintiffs,**<br><br>   v.<br><br>**CATERPILLAR INC.,**<br><br>      **Defendant.** | Civil Action No. 10-cv-3770<br><br>Honorable Milton I. Shadur<br><br>Honorable Magistrate Judge Jeffrey Cole |
| **CATERPILLAR INC.,**<br><br>      **Counterclaim–Plaintiff,**<br><br>   v.<br><br>**MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>      **Counterclaim–Defendants.** | |

**AGREED MOTION TO APPOINT
D4 DISCOVERY AS NEW INDEPENDENT CITRIX SYSTEM EXPERT**

Plaintiffs Miller UK Ltd. and Miller International Ltd. (collectively, "Plaintiffs") and Defendant Caterpillar Inc. ("Caterpillar") respectfully move this Court to appoint D4 Discovery ("D4") as the new independent Citrix System expert under the Protective Order of August 14, 2012. In support of this request, the Parties state as follows:

    1.    On August 14, 2012, the Court issued a Protective Order that, *inter alia*, authorized Caterpillar to set up a Citrix System ("System") and to load on to that System engineering models for review by Plaintiffs' designated representatives. (Dkt. 254.)

    2.    The Protective Order provided that the Court would appoint an independent expert to review setup of the System, to ensure compliance with the Order, and, if it deemed

necessary, to conduct inspections of the system to ensure continued compliance. (*See id.* at ¶¶ 18-19.)

3. Pursuant to the Parties' joint recommendation, the Court appointed Project Leadership Associates ("PLA") as the independent expert on October 1, 2012. (Dkt. 296.)

4. Chris Tragasz of PLA's litigation services group was assigned to oversee the project, and he was assisted by Citrix specialist Glenn Orenstein.

5. Messrs. Tragasz and Orenstein conducted the initial inspection during February 2013.

6. On July 25, 2013, Mr. Tragasz informed counsel for Caterpillar that PLA sold its litigation services team to D4 Discovery ("D4") and that, as part of that transaction, Mr. Tragasz was transferred to D4 and that the Miller UK et al. v. Caterpillar project was assigned to D4. Mr. Tragasz recommended that he continue overseeing the System as an employee of D4.

7. Mr. Tragasz also informed counsel for Caterpillar that Mr. Orenstein had departed PLA before this transaction occurred to help found a technology consulting firm called BBLB Technology Consulting & Services, LLC ("BBLB"). Because no Citrix support staff members were transferred from PLA to D4, Mr. Tragasz recommended that D4 retain Mr. Orenstein and BBLB to provide the Citrix support that he previously provided on this matter through a subcontracting arrangement.

8. Counsel for Caterpillar secured agreement from both D4 and BBLB to abide by the terms of the Protective Orders in this case and to provide their services under the same terms and conditions which formerly applied to PLA. (See App. A, Signed Letter Agreement.) Representatives of D4 and BBLB signed Exhibit A of the Court's Protective Orders of January 28, 2011, and January 12, 2012. (See App. B, Signed Exhibits and Curriculum Vitae.)

9. Plaintiffs and Caterpillar have agreed that (a) D4 should be appointed as independent expert under the Protective Order of August 14, 2012 and (b) D4 may subcontract its duties to Mr. Orenstein and BBLB.

WHEREFORE, Plaintiffs and Caterpillar respectfully request that Your Honor appoint D4 Discovery as independent expert under the Protective Order of August 14, 2012, and authorize D4 Discovery to subcontract its duties under that Order to Mr. Orenstein and BBLB Technology Consulting & Services, LLC.

Dated: August 21, 2013

Respectfully submitted,

/s/ Gregory L. Baker
Robert G. Abrams (admitted *pro hac vice*)
Gregory L. Baker (NDIL 288357)
Carey S. Busen (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036-5304
(202) 861-1500 phone
(202) 861-1783 facsimile
rabrams@bakerlaw.com
gbaker@bakerlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Caterpillar Inc.*

/s/ Reed S. Oslan
Reed S. Oslan (IL 7383838)
roslan@kirkland.com
Justin A. Barker (IL 6274518)
jbarker@kirkland.com
William E. Arnault (IL 6298988)
warnault@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: 312-862-2000
Fax: 312-862-2200

*Attorneys for Plaintiffs Miller UK Ltd. and Miller International Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**CATERPILLAR INC.,**<br><br>　　　　Defendant. | Civil Action No.  10-cv-3770<br><br>Honorable Milton I. Shadur<br><br>Honorable Magistrate Judge Jeffrey Cole |
| **CATERPILLAR INC.,**<br><br>　　　　Counterclaim–Plaintiff,<br><br>　v.<br><br>**MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>　　　　Counterclaim–Defendants. | |

## [PROPOSED] AGREED ORDER

In accordance with the Parties' request, the Court hereby appoints D4 Discovery as independent expert under the Protective Order of August 14, 2012, and in place of Project Leadership Associates. D4 Discovery shall abide by the terms of the Order and carry out the duties prescribed therein.

D4 Discovery may subcontract duties under the Order to BBLB Technology Consulting & Services, LLC.

Entered: August___, 2013.

_____
Honorable Jeffrey Cole
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      I, Tim Petre, hereby certify that on August 21, 2013, the foregoing ***AGREED MOTION TO APPOINT D4 DISCOVERY AS NEW INDEPENDENT CITRIX SYSTEM EXPERT*** was filed with the Clerk of the Court and served by operation of the electronic filing system of the United States District Court for the Northern District of Illinois upon all parties having made appearances in this matter who have consented to receive notice of filings in the above-captioned matter pursuant to Fed. R. Civ. P. 5(b)(2)(D), the General Order on Electronic Case Filing, and Local Rule 5.9.

                                            /s/ Tim Petre
                                            Tim Petre