# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Miller UK Ltd., et al.

                        Plaintiff,

v.                                                 Case No.: 1:10−cv−03770
                                                Honorable Andrea R. Wood

Caterpillar, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2013:

      MINUTE entry before the Honorable Jeffrey Cole:Defendant's motion for discovery for Letter of Request for International Judicial Assistance pursuant to the Hague Convention [457] is granted without objection. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.