**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**　　　　Plaintiffs,　　v.　**CATERPILLAR INC.,**　　　　Defendant.　**CATERPILLAR INC.,**　　　　Counterclaim-Plaintiff,　　v.　**MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**　　　　Counterclaim-Defendants. | Civil Action No. 10-cv-3770　Honorable Andrea R. Wood　Honorable Jeffrey N. Cole |

**MOTION OF CATERPILLAR INC.
TO EXTEND DISCOVERY DEADLINES**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and for the reasons stated in its supporting memorandum filed concurrently herewith, Caterpillar Inc. ("Caterpillar") respectfully moves the Court for an order extending the fact discovery deadline by six months, to July 31, 2014, while also extending the deadlines for expert discovery commensurately.

2

| | |
|---|---|
| Date: December 20, 2013 | Respectfully submitted, |
| | */s/* Gregory L. Baker |
| John M. Touhy (NDIL 3128400) | Robert G. Abrams (admitted *pro hac vice*) |
| Edward H. Williams (NDIL 6217053) | Gregory L. Baker (NDIL 288357) |
| BAKER & HOSTETLER LLP | Bridget S. Merritt (admitted *pro hac vice*) |
| 191 North Wacker Drive, Suite 3100 | BAKER & HOSTETLER LLP |
| Chicago, IL 60606-1901 | 1050 Connecticut Ave., N.W., Suite 1100 |
| (312) 416-6200 phone | Washington, D.C. 20036-5304 |
| (312) 416-6201 facsimile | (202) 861-1500 phone |
| jtouhy@ bakerlaw.com | (202) 861-1783 facsimile |
| ehwilliams@bakerlaw.com | rabrams@bakerlaw.com |
| | gbaker@bakerlaw.com |
| | bmerritt@bakerlaw.com |

*Attorneys for Defendant and Counterclaim-Plaintiff Caterpillar Inc.*

**CERTIFICATE OF SERVICE**

      I, Tim Petre, hereby certify that on December 20, 2013, a true and correct copy of the foregoing ***Motion of Caterpillar Inc. To Extend Discovery Deadlines*** was filed with the Clerk of the Court and served by operation of the electronic filing system of the United States District Court for the Northern District of Illinois upon the following counsel who have consented to receive notice of filings in the above-captioned matter pursuant to Fed. R. Civ. P. 5(b)(2)(D), the General Order on Electronic Case Filing, and Local Rule 5.9:

      Reed S. Oslan
      roslan@kirkland.com
      Justin A. Barker
      jbarker@kirkland.com
      William E. Arnault
      warnault@kirkland.com
      Inbal Hasbani
      ihasbani@kirkland.com
      KIRKLAND & ELLIS LLP
      300 North LaSalle
      Chicago, IL 60654
      Tel: 312-862-2000
      Fax: 312-862-2200

      /s/ Timothy P. Petre
      Timothy P. Petre