# EXHIBIT H

| | |
|---|---|
| **From:** | Baker, Gregory |
| **Sent:** | Friday, September 13, 2013 11:45 AM |
| **To:** | Barker, Justin A. |
| **Cc:** | Arnault, Bill; Hasbani, Inbal; White, Eric L.; Busen, Carey; Merritt, Bridget; Petre, Timothy P. |
| **Subject:** | RE: deposition schedule |

Justin,

On August 15, I raised the issue of cooperating to schedule depositions with Bill Arnault. I heard nothing back.

Yesterday, I again raised the subject of cooperating to schedule depositions – this time with you personally. We talked after the court hearing about it. Once again, I raised the issue, your side did not.

So, as Judge Cole likes to say, context is important.

Yes I am available to discuss this issue on Tuesday, September 17, in the afternoon. I suggest 3pm ET.

Regards,
Greg

**Gregory Baker**
**BakerHostetler**
Washington Square
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036-5304
T 202.861.1696
F 202.861.1783
gbaker@bakerlaw.com

---

**From:** Barker, Justin A. [mailto:jbarker@kirkland.com]
**Sent:** Thursday, September 12, 2013 3:02 PM
**To:** Baker, Gregory
**Cc:** Arnault, Bill; Hasbani, Inbal; White, Eric L.
**Subject:** deposition schedule

Greg,

Quick clarification: after the hearing we discussed the need to get together and talk about a reasonable deposition schedule. We discussed the fact that the next argument is on Monday so I suggested we discuss the dep schedule the following day. I realized after we spoke that the next argument is Monday Sept. 23 and not this coming Monday. I didn't mean that we should wait until Sept. 24. I think we both agree that we must get this moving. Can we plan on talking about the deposition schedule on Tuesday Sept 17th? Are you available that afternoon?

Thanks,

Justin

**Justin A. Barker** | Kirkland & Ellis LLP | 300 North LaSalle Street, Chicago, Illinois 60654
direct: (312) 862-2344 | fax: (312) 862-2200 | justin.barker@kirkland.com | www.kirkland.com

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*