# EXHIBIT H

# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Gregory L. Baker
direct dial: 202.861.1696
gbaker@bakerlaw.com

September 20, 2013

**VIA ELECTRONIC MAIL AND FED EX**

William Arnault
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Re: <u>Miller UK Ltd. et al. v. Caterpillar Inc.</u>, No. 10-cv-3770 (N.D. Ill.)

Dear Bill:

Enclosed please find one compact disk containing documents produced by Caterpillar Inc. bates labeled CAT- M593007 - M594152.

Please note that these materials are designated "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," "ATTORNEYS' EYES ONLY," and "ENGINEERING MODELS" pursuant to the Protective Orders entered in this case.

Sincerely,

Gregory L. Baker

Enclosures