## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Miller UK Ltd., et al.

                      Plaintiff,

v.                                         Case No.: 1:10−cv−03770
                                         Honorable Andrea R. Wood

Caterpillar, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2014:

      MINUTE entry before the Honorable Jeffrey Cole: Status hearing held. Motion hearing held. All Miller 30(b)(6) witness depositions will be done at Caterpillar's office either in Peoria or Kansas and all depositions will run consecutively from day to day until they are finished. The parties are advised that letter correspondence with the court should be avoided whenever possible and that motions or supplemental filings should be used instead. Discovery as to the Laidler Certification shall remain open both here and in the United Kingdom. Jackie Miller's continued deposition will remain open and she can be deposed in person in connection with the Laidler discovery but limited to issues that Mr.Barker mistakenly thought were out of bounds when he ordered her not to answer questions on a certain topic. The Esco discovery shall also remain open as to the outstanding subpoena. Plaintiffs' motion to compel defendant to produce documents responsive to plaintiffs' fourth and fifth set of requests for the production of documents and things [502] is granted for the reasons discussed on the record. The parties shall submit a draft order within 7 days specifying the scope of the permissible discovery as discussed in court. Defendant's motion to compel answers to its third set of interrogatories filed yesterday is taken under advisement. Response is to be filed by 6/6/2014. Reply is to be filed by 6/20/2014. Court will rule by mail. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.