IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLER UK LTD. AND MILLER INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CATERPILLAR INC., <br><br> Defendant. | Civil Action No. 10-cv-3770 <br><br> Honorable Andrea R. Wood <br><br> Honorable Magistrate Judge Jeffrey Cole |
| CATERPILLAR INC., <br><br> Counterclaim–Plaintiff, <br><br> v. <br><br> MILLER UK LTD. AND MILLER INTERNATIONAL LTD., <br><br> Counterclaim–Defendants. | |

**[PROPOSED] AGREED ORDER REGARDING MILLER'S MOTION TO COMPEL CATERPILLAR TO PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFFS' FOURTH AND FIFTH SETS OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

On May 6, 2014, the Court granted Miller's Motion to Compel Caterpillar to Produce Documents Responsive to Plaintiffs' Fourth and Fifth Sets of Requests for the Production of Documents and Things (Dkt. No. 502) with respect to any Caterpillar coupler that can be used with a hydraulic excavator ("Caterpillar Coupler") which Caterpillar is currently developing. The Court requested the parties to submit a draft proposed order specifying the scope of the permissible discovery (Dkt. No. 522).

It is hereby ordered that:

1. Subject to prior Orders of the Court, except with respect to any date limitation imposed on Caterpillar's production of responsive documents related to any Caterpillar Coupler currently under development, Caterpillar shall produce all responsive documents to Request No. 18 of Miller's Fourth Set of Requests for the Production of Documents and Things related to any Caterpillar Coupler currently under development within 30 days of entry of this Order.

2. Caterpillar shall produce responsive documents to Request Nos. 2, 9, 10, 12, 13, and 20 of Miller's Fifth Set of Requests for the Production of Documents and Things related to any Caterpillar Coupler currently under development within 30 days of entry of this Order.

3. Caterpillar shall produce all responsive documents to Request Nos. 3 and 16 of Miller's Fifth Set of Requests for the Production of Documents related to any Caterpillar Coupler currently under development for the following custodians: Troy Robl, Trent Steffek, Rudy Mills, Rick Oswald, Vijay Tammana, and Saravanan Varadharajan, Ashok Kadarmandalgi within 30 days of entry of this Order.

4. Caterpillar shall produce all responsive documents to Request Nos. 1, 4, 5, 14, 15, 17, 18, and 19 of Miller's Fifth Set of Requests for the Production of Documents related to any Caterpillar Coupler currently under development for the following custodians: Troy Robl, Trent Steffek, Rudy Mills, Rick Oswald, Vijay Tammana, and Saravanan Varadharajan within 60 days of entry of this Order.

Entered: _____16_____, 2014.

_____
Honorable Jeffrey Cole
United States Magistrate Judge