**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>       Plaintiffs,<br><br>  v.<br><br>**CATERPILLAR INC.,**<br><br>       Defendant.<br><br>**CATERPILLAR INC.,**<br><br>       Counterclaim–Plaintiff,<br><br>  v.<br><br>**MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>       Counterclaim–Defendants. | Civil Action No. 10-cv-03770<br><br>Honorable Andrea R. Wood<br><br>Honorable Magistrate Judge Jeffrey Cole |

**AGREED ORDER REGARDING SPECIAL MASTER REVIEW
OF PRIVILEGE LOG DOCUMENTS**

During a June 24, 2014 status hearing with this Court, the parties reported that they were considering hiring a Special Master to review documents identified on the parties' respective privilege logs. (*See* Dkt. No. 547.) Since then, the parties have conferred and have agreed that the appointment of a Special Master is necessary. The parties respectfully request that this Court appoint a Special Master to (1) review the documents identified on the logs and (2) determine whether such documents are properly withheld under a claim of attorney-client privilege, the work product doctrine, or any other asserted privilege (hereinafter "privilege claim"). The parties respectfully request that this Court appoint someone with sufficient time to review the

roughly 4,000 documents to be submitted by the parties and make his or her decisions within three weeks from receipt of the documents. (The parties reserve the right to object to the appointed individual within seven (7) days.)

It is ordered that:

1. Within seven (7) days of the Special Master's appointment (unless the Special Master is objected to), each party shall provide the Special Master with the following documents: (a) a hard copy and electronic copy of the latest version of the privilege log; (b) a hard copy of all documents for which privilege has been asserted. For those documents that have been redacted, the parties shall produce an un-redacted version of the document paper clipped to and immediately behind the redacted version. The parties shall provide the Special Master with limited additional information, including the operative pleadings and key players guides. Simultaneous with the submission to the Special Master, each party shall provide the other with the key players guides and a copy of the privilege log that was provided to the Special Master.

2. Within twenty-one (21) days of receipt of the parties' respective logs and documents, the Special Master shall provide a list of those documents for which the Special Master disagrees with the privilege claim. Each party shall have seven (7) days from receipt of the Special Master's list to appeal the decision to this Court.

3. Within seven (7) days of the Special Master's decision (if not appealed), or within seven (7) days of this Court's ultimate decision (if the Special Master's decision is appealed), the parties shall produce any documents deemed not privileged (including any portions of previously-redacted documents that have been deemed not privileged).

4. The parties agree that fees and expenses associated with the Special Master's review will be shared equally by the parties.

Dated: July 2, 2014.

Andrea R. Wood
United States District Judge