# EXHIBIT A

# CATERPILLAR

GEBJ0049-01
June 1999

*[handwritten: 2 pin "pin-grabber" type hydraulic bracket "Q" fits Sketches supplied by Miller & MC Into Caterpillar manual. Now have locking Switches]*

# Operation and Maintenance Manual

## QUICK COUPLER (Hydraulic Pin Grabber)

ANA1-Up (Quick Couplers)
APD1-Up (Quick Couplers)
ANH1-Up (Quick Couplers)
APK1-Up (Quick Couplers)

# Operation Section

## Operating Techniques

i01121510

### Work Tool Installation and Removal

**SMCS Code:** 6700-010

#### Installation of the Work Tool

Perform this procedure as the procedure is described in the following steps:

Ensure that the quick coupler is compatible with the host machine. Refer to the Matching Guide, GEGQ0163 for information on matching the Quick Coupler (Hydraulic Pin Grabber) to the host machine. For more information, consult your Caterpillar dealer.

In order to provide a stable operating condition, the host machine must be on flat, level ground. The host machine must be blocked in order to prevent inadvertent movement.

The Quick Coupler (Hydraulic Pin Grabber) must be supported in order to prevent inadvertent movement. Position the quick coupler in order to prevent unnecessary climbing and unnecessary bending.

Optimum alignment of the bores will prevent the use of unnecessary force when you install the pins. Never check the alignment of the bores with your fingers. Use the proper tools in order to check the alignment of the bores.

A retaining pin can fly out when the retaining pin is struck with force. The area must be clear of people when you drive retaining pins.

When you strike objects, chips and other debris can fly. Before striking any object, make sure that no one can be injured by the flying debris. Always wear safety glasses.



Illustration 7     g00601516

1. Position the Quick Coupler (Hydraulic Pin Grabber) on the ground in front of the host machine. Make sure that the hook is oriented away from the machine. Align the quick coupler with the end of the stick.



Illustration 8     g00604928

**a.** Place the O-Ring Seals (1) just over the edge of the main frame of the coupler.



Illustration 9     g00604930

**b.** Slowly lower the stick into the main frame of the coupler. This will slowly pull the O-Ring Seals (2) into the proper position.



*# Drawings & words originally supplied by Miller*