# EXHIBIT B

# CATERPILLAR®

SEBU8471
March 2009



# Operation and Maintenance Manual

## Center-Lock Pin Grabber Coupler

WAJ1-Up (B)
WAL1-Up (CB)
WAR1-Up (DB)
GWA1-Up (DB)
WAS1-Up (TB)
WAY1-Up (VB)
WAZ1-Up (HB)

SAFETY.CAT.COM

# Operation Section

# Operation

i03490212

## Quick Coupler Installation and Removal

SMCS Code: 6129-010

### Installation Procedure

Perform this procedure as the procedure is described in the following steps:

Ensure that the quick coupler is compatible with the host machine. Refer to Operation and Maintenance Manual, "Approved Machines" for additional information on approved host machines. For more information, consult your Caterpillar dealer.

---

#### NOTICE
In order to properly install the hydraulically actuated coupler, the host machine must be equipped with the appropriate recommended Caterpillar hydraulic control kit or an equivalent kit. Regardless of the source, any non-Caterpillar hydraulic control kit must provide the same system functions as the recommended Caterpillar hydraulic control kit in order to ensure safe operation of the coupler.

---

In order to provide a stable operating condition, the host machine must be on flat, level ground. The host machine must be blocked in order to prevent inadvertent movement.

The quick coupler must be supported in order to prevent inadvertent movement. Position the quick coupler in order to prevent unnecessary climbing and unnecessary bending.

Optimum alignment of the bores will prevent the use of unnecessary force when you install the pins. Never check the alignment of the bores with your fingers. Use the proper tools in order to check the alignment of the bores.

A retaining pin can fly out when the retaining pin is struck with force. The area must be clear of people when you drive retaining pins.

When you strike objects, chips and other debris can fly. Before striking any object, make sure that no one can be injured by the flying debris. Always wear safety glasses.



Illustration 11
g01827553

1. Position the quick coupler on the ground in front of the host machine. Make sure that the hook is oriented away from the machine. Align the quick coupler with the end of the stick.



Illustration 12
g00604928

a. Place the O-Ring Seals (1) just over the edge of the main frame of the coupler.



Illustration 13
g00604

b. Slowly lower the stick into the main frame of the coupler. This will slowly pull the O-Ring Seals (2) into the proper position.

Miller words & pics as per June 99 Manual.