**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>　　　　Plaintiffs,<br>　v.<br><br>**CATERPILLAR INC.,**<br><br>　　　　Defendant.<br><br>**CATERPILLAR INC.,**<br><br>　　　　Counterclaim-Plaintiff,<br>　v.<br><br>**MILLER UK LTD. AND MILLER INTERNATIONAL LTD.,**<br><br>　　　　Counterclaim-Defendants. | Civil Action No. 10-cv-3770<br><br>Honorable Andrea R. Wood |

**MOTION OF CATERPILLAR INC.
FOR SUMMARY JUDGMENT ON COUNT TWO (MISAPPROPRIATION OF
TRADE SECRETS) OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

　　　For the reasons stated in its accompanying Memorandum of Law and pursuant to Rule 56 of the Federal Rules of Civil Procedure, Caterpillar Inc. ("Caterpillar") respectfully moves this Court for an order granting summary judgment for Caterpillar on Count Two (misappropriation of trade secrets) of Plaintiffs' Second Amended Complaint (Dkt. No. 564). In support, Caterpillar relies on, and incorporates herein by reference, its accompanying Memorandum of Law, Statement of Undisputed Material Facts, Declaration of Carey S. Busen, and the exhibits attached thereto, all of which are filed concurrently herewith.

Date:  May 18, 2015

John M. Touhy (NDIL 3128400)
Edward H. Williams (NDIL 6217053)
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, IL 60606-1901
(312) 416-6200 phone
(312) 416-6201 facsimile
jtouhy@ bakerlaw.com
ehwilliams@bakerlaw.com

Respectfully submitted,

*/s/* Gregory L. Baker

Gregory L. Baker (NDIL 288357)
Terry L. Sullivan (admitted *pro hac vice*)
Carey S. Busen (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036-5304
(202) 861-1500 phone
(202) 861-1783 facsimile
gbaker@bakerlaw.com
tsullivan@bakerlaw.com
cbusen@bakerlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Caterpillar Inc.*

Case: 1:10-cv-03770 Document #: 637 Filed: 05/18/15 Page 2 of 3 PageID #:11025

**CERTIFICATE OF SERVICE**

      I, Tim Petre, hereby certify that on May 18, 2015, a true and correct copy of the foregoing *Motion of Caterpillar Inc. for Summary Judgment on Count Two (Misappropriation of Trade Secrets) of Plaintiffs' Second Amended Complaint* was filed with the Clerk of the Court and served by operation of the electronic filing system of the United States District Court for the Northern District of Illinois upon the following counsel who have consented to receive notice of filings in the above-captioned matter pursuant to Fed. R. Civ. P. 5(b)(2)(D), the General Order on Electronic Case Filing, and Local Rule 5.9:

      Reed S. Oslan
      roslan@kirkland.com
      Justin A. Barker
      jbarker@kirkland.com
      Inbal Hasbani
      ihasbani@kirkland.com
      Eric L. White
      eric.white@kirkland.com
      KIRKLAND & ELLIS LLP
      300 North LaSalle
      Chicago, IL 60654
      Tel: 312-862-2000
      Fax: 312-862-2200

      /s/ Timothy P. Petre
      Timothy P. Petre