

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLER UK LTD. AND MILLER INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> CATERPILLAR INC., <br><br> Defendant. | No. 10-cv-03770 <br><br> Judge Andrea R. Wood |

### REQUEST FOR A SEPARATE JURY PANEL PURSUANT TO LOCAL RULE 47.1(b)

Pursuant to Local Rule 47.1(b), I am requesting that a separate jury panel be summoned for trial in Case No. 10 CV 03770, *Miller UK Ltd. et al. v. Caterpillar, Inc.*

It is anticipated that this trial will last 6 to 8 weeks, necessitating a large pool of potential jurors to enable the Court and counsel to select a jury.

Jury selection is set for October 26, 2015.

Dated: September 1, 2015

Andrea R. Wood
United States District Judge