# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, Illinois 60654 |  |
|---|---|---|
| Reed Oslan<br>To Call Writer Directly:<br>(312) 862-2166<br>stacy.pepper@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

October 14, 2015

**Via Email**

The Honorable Andrea R. Wood
Everett McKinley Dirksen United States
Courthouse
219 S. Dearborn Street
Chicago, IL 60604

      Re:    *Miller UK Ltd. et al. v. Caterpillar Inc.*, No. 10-cv-3770 (N.D. Ill.)

Dear Judge Wood:

      From yesterday's pretrial conference, we understand that the Court is preparing to divide and allocate the time at trial between the parties. We want to make the Court aware of one issue that may impact the Court's allocation of time.

      As addressed in our reply in support of our motion for summary judgment and in our motions *in limine* (*see* Dkt. 807 at 4-5; *see also* Dkt. 742 (Miller's Reply in Supp. of Summ. J.) at 2-3), it appears that Caterpillar intends to spend considerable time at trial on the subject of Miller's putative quality and performance issues, which are entirely irrelevant to this litigation. The extent of Caterpillar's plan to create a trial within a trial on these topics is manifest most clearly by looking at Caterpillar's "Top 200" exhibits. Indeed, by our count, between 60 and 70 of Caterpillar's "Top 200" exhibits pertain to Miller's putative quality and performance issues during its relationship with Caterpillar. We expect that the time estimates submitted by Caterpillar are also significantly increased based on its designs to focus the trial on this irrelevant issue.

KIRKLAND & ELLIS LLP

The Honorable Andrea R. Wood
October 14, 2015
Page 2

Sincerely,

/s/ Reed Oslan

Reed Oslan

cc: Counsel for Defendants