**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MILLER UK LTD. and MILLER INTERNATIONAL LTD., ) ) ) Plaintiffs, ) ) v. ) ) CATERPILLAR INC., ) ) Defendant. ) | No. 10-cv-03770<br><br>Judge Andrea R. Wood |
| CATERPILLAR INC., ) ) Counterclaim-Plaintiff, ) ) v. ) ) MILLER UK LTD. AND MILLER INTERNATIONAL LTD., ) ) Counterclaim-Defendants. ) | |

**JUDGMENT ORDER**

This cause having been tried to a jury, the Court hereby enters judgment based upon the jury verdict as follows:

1. Judgment of $24.9 million in compensatory damages and $49.7 million in exemplary damages is entered in favor of Plaintiff Miller U.K. ("Miller") and against Defendant Caterpillar Inc. ("Caterpillar"), based on the jury's verdict in favor of Miller on Count One of Plaintiff's Second Amended Complaint for breach of contract and Count Two of Plaintiff's Second Amended Complaint for trade secret misappropriation. Miller shall be entitled to post-judgment interest from the date of this Judgment as provided by 28 U.S.C. § 1961(a).

2. Judgment of $1 million in compensatory damages is entered in favor Defendant/Counter-Plaintiff Caterpillar and against Counter-Defendant Miller, based on the jury's verdict in favor of Caterpillar on Counterclaim II for violation of the Deceptive Trade Practice Act and Counterclaim IV for common law defamation. Caterpillar shall be entitled to post-judgment interest from the date of this Judgment as provided by 28 U.S.C. § 1961(a).

3. The jury verdict in favor of Caterpillar was based upon Miller's distribution of the following materials (collectively, the "Package;" individually, the "Components"):

(a) a letter from Miller President Keith Miller;

(b) a document entitled "Report on the Comparison Testing for European Compliance of a Caterpillar Coupler, Miller Bug Coupler, Miller Twinlock Coupler," dated November 20, 2009;

(c) a DVD labeled "Independent Coupler Test: Contains important safety information"; and

(d) an August 2010 Caterpillar Competitive Bulletin annotated with Keith Miller's comments.

4. With Miller's consent, the Court hereby orders injunctive relief on the jury's verdict that Miller has violated the Illinois Uniform Deceptive Trade Practices Act, as set forth below. *See* 815 ILCS 510/3.

5. Miller is enjoined from utilizing any version of the Package or its Components. Miller shall not distribute, display, publish, or otherwise make public any version of the Package or its Components in any format or forum, including through direct mailing, advertising, news media, social media, in-person meetings, trade shows or other industry events, or posting on the internet.

6. Miller shall make reasonable efforts to destroy all copies of the Package and all of its Components within its possession, including paper versions and electronic versions stored on computers, hard drives, DVDs, CDs, thumb drives, websites, or other electronic media. Nothing in this paragraph shall preclude Miller's counsel from retaining and using copies of the forgoing material solely for purposes of this litigation, including any appeal.

7. Within 60 days of this Order, Miller shall file a declaration stating that it has complied with the requirements set forth in paragraph 6 above.

8. This Order shall be subject to the Court's ruling on any post-trial motions to be filed by the parties pursuant to Fed. R. Civ. P. 50 and 59.

Dated: April 11, 2016

_____
Andrea R. Wood
United States District Judge