# Tab H

# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

May 9, 2017

**By the Court:**

| | |
|---|---|
| MILLER UK, LTD., a United Kingdom private limited company, et al.,<br>    Plaintiffs-Appellees, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| No. 17-1890     v. | ]<br>] No. 1:10-cv-03770 |
| CATERPILLAR INC.,<br>    Defendant-Appellant. | ]<br>] Andrea R. Wood, Judge. |

O R D E R

On consideration of the "MOTION TO HOLD APPEAL IN ABEYANCE PENDING ENTRY OF FINAL JUDGMENT" filed by appellees on May 3, 2017, and "DEFENDANT-APPELLANT'S RESPONSE TO MOTION TO HOLD APPEAL IN ABEYANCE" filed on May 5, 2017,

IT IS ORDERED that defendant-appellant file, on or before May 15, 2017, a status report regarding the entry of the "modified" final judgment.

If the district court has not issued its "modified" final judgment, counsel should inquire of the district judge when it is expected to be entered.

Briefing is SUSPENDED pending further court order.