IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLER UK LTD. and<br>MILLER INTERNATIONAL LTD.,<br><br>    *Plaintiffs /*<br>    *Counterclaim Defendants*,<br><br>    v.<br><br>CATERPILLAR, INC.,<br><br>    *Defendant /*<br>    *Counterclaim Plaintiff.* | No. 10 C 3770<br><br>Hon. Andrea R. Wood |

**STIPULATION OF SATISFACTION OF JUDGMENT**

Plaintiffs/Counterclaim Defendants Miller UK Ltd. and Miller International Ltd., and Defendant/Counterclaim Plaintiff Caterpillar, Inc., hereby jointly stipulate that the amended final judgment entered in this case [Dkt. 1159] has been satisfied.

Dated: September 6, 2017

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Gregory L. Baker*<br>Gregory L. Baker<br>BAKER & HOSTETLER LLP<br>Suite 1100<br>1050 Connecticut Ave. N.W.<br>Washington, DC 20036-5304<br>(202) 861-1696<br><br>*Counsel for Defendant /*<br>*Counterclaim Plaintiff* | Respectfully submitted,<br><br>/s/ *Reed S. Oslan*<br>Reed S. Oslan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>*Counsel for Plaintiffs /*<br>*Counterclaim Defendants* |