# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 6, 2017

*By the Court:*

| | |
|---|---|
| Nos. 17-1890, 17-2015, 17-2059 and 17-2130 | MILLER UK, LTD., a United Kingdom private limited company, et al.,<br>Plaintiffs - Appellees<br>Cross - Appellants<br><br>v.<br><br>CATERPILLAR INC.,<br>Defendant - Appellant<br>Cross - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:10-cv-03770<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood |

Upon consideration of the **JOINT MOTION FOR VOLUNTARY DISMISSAL**, filed on September 6, 2017, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit